IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DAVE FLETCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 305-153 |
| | ) |
| McRAE CORRECTIONAL FACILITY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, this case is **DISMISSED** without prejudice, and the Clerk is **DIRECTED** to **CLOSE** the case.

SO ORDERED this 13 day of March, 2006.

JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA